**COM.**

v.

**POLITE, W.**

**1657 EDA 2016**

Superior Court of Pennsylvania.

04/18/2017

Reargument Denied 6/8/2017

CP–51–CR–0832881–1991 (Philadelphia)

Affirmed

**UNITED EDUCATORS INSURANCE**

v.

**SELECTIVE INSURANCE**

**1676 EDA 2016**

Superior Court of Pennsylvania.

04/18/2017

Reargument Denied 6/16/2017

No. 00216
(Philadelphia)

Reversed/Remanded

**COM.**

v.

**BROWN, P.**

**1798 EDA 2016**

Superior Court of Pennsylvania.

Filed 04/18/2017

CP–45–CR–0002030–2014 (Monroe)
Affirmed

**COM.**

v.

**MCCONNELL, R.**

**1825 EDA 2016**

Superior Court of Pennsylvania.

04/18/2017

CP–45–CR–0001121–2015 (Monroe)
Affirmed

**COM.**

v.

**WILLIAMS, R.**

**1950 EDA 2016**

Superior Court of Pennsylvania.

04/18/2017

Reargument Denied 6/13/2017

CP–51–CR–0607531–1999 (Philadelphia)
Affirmed